UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                            :

FRANKIE MONEGRO, *on behalf of himself and all*    :
*others similarly situated*,
                                            :

                            Plaintiff,      :             20 Civ. 10967 (JPC)
                                              :

         -v-                                 :             ORDER
                                              :

BROWNE TRADING CO.,                     :
                         Defendant.     :

                                            :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint in this action on December 28, 2020.  Dkt. 1.  The docket reflects that Defendant was served with the Complaint on January 19, 2021.  Dkt. 5.  On February 18, 2021, the Court extended Defendant's deadline to respond to the Complaint to March 26, 2021.  Dkt. 9.  To date, Defendant has not responded to the Complaint.

      Within one week of the filing of this Order, the parties are ordered to file a joint status letter with the Court.  In that letter, the parties shall inform the Court as to the status of this litigation, including whether Plaintiff intends to move for default judgment against Defendant.

      SO ORDERED.

Dated: April 14, 2021
      New York, New York                              _____
                                              JOHN P. CRONAN
                                      United States District Judge